UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60236-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
   Plaintiff,

v.

ANGEL RAMIRO ADUEN-FERNANDEZ,
   Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE VITUNAC'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY

**THIS CAUSE** is before the court upon the defendant's *pro se* motion for return of property [DE 73], filed May 18, 2010, and the Government's response thereto filed July 1, 2010, [DE 79]. This matter was previously referred to United States Magistrate Judge Ann E. Vitunac pursuant to a general order of reference of all pretrial motions.

On July 19, 2010, Magistrate Judge Vitunac filed a Report and Recommendation [DE 80] upon the motion for the return of personal property. Neither party has filed objection to the Report.

Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, the court finds the resolution of the issues as recommended by Magistrate Judge Vitunac to be sound and well-reasoned and accordingly will adopt the recommendation here. It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Vitunac's July 19, 2010, [DE 80], Report and Recommendation upon defendant's motion for the return of personal property is **ADOPTED** and **INCORPORATED** in full.

2. The defendant's *pro se* motion for the return of personal property [DE 73] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of August, 2010.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA A. Lothrop Morris
Mr. Angel Ramiro Aduen-Fernandez, *pro se*

Daniel T. K. Hurley
United States District Judge